UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KELLY PROBST, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER ALLEN PROBST, | CASE NO.: 2:06CV594 |
| | JUDGE ALGENON MARBLEY |
| Plaintiffs, | **AGREED STIPULATION OF DISMISSAL AND JUDGMENT ENTRY** |
| vs. | |
| CENTRAL OHIO YOUTH CENTER, ET AL., | |
| Defendants. | |

NOW COME Plaintiffs and Defendants, by and through their trial attorneys, and hereby agree and stipulate that all claims in the within case have been settled and the within case shall be dismissed with prejudice. The parties will bear their own costs, expenses and attorney fees.

IT IS, THEREFORE, ADJUDGED, ORDERED AND DECREED that all of the claims in the within case have been settled and, therefore, the within case is hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs, expenses and attorney fees.

IT IS SO ORDERED.

_____
JUDGE ALGENON MARBLEY

Approved:

/s/ Jennifer L. Branch (per authority 4/29/08)
Jennifer L. Branch, Esq.
Gerhardstein & Branch Co. LPA
617 Vine Street, #1409
Cincinnati, OH 45202
(513) 621-9100
(513) 345-5543 – FAX
*Trial Attorney for Plaintiffs Kelly Probst, Individually And as Administratrix of the Estate of Christopher Allen Probst*

/s/ *W. Charles Curley (per authority 5/2/08)*
W. Charles Curley, Esq.
Weston, Hurd, Curley, Patterson & Bush
88 E. Broad St., Suite 1750
Columbus, OH  43215
(614) 280-1122
(614) 280-0204 – FAX
*Trial Attorney for Defendants Central Ohio*
*Youth Center, Victoria Jordan and*
*Emily Giametta*

/s/ *Robert H. Stoffers*
Robert H. Stoffers, Esq.
Mazanec, Raskin, Ryder & Keller Co, LPA
250 Civic Center Drive, Suite 400
Columbus, OH  43215
(614) 228-5931
(614) 228-5934 – FAX
*Trial Attorney for Defendants Consolidated*
*Care, Inc. and Jennifer Plumley*

SCOT-06C056\Agreed Stipulation of Dismissal and Judgment Entry